**Motion Granted, Petition for Writ of Mandamus Dismissed, and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00366-CV

## IN RE AQUILLA BURKS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 485,072**

## MEMORANDUM OPINION

On July 5, 2021, relator Aquilla Burks filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jason Cox, presiding judge of the Probate Court No. 3 of Harris County, to vacate its June 23, 2021 "Order Granting Movants' [sic] [real party in interest] Motion to Set Aside Order dated February 9, 2021, Granting Applicant's [relator] Application for Set Aside of

Exempt Property, Allowance in Lieu of Exempt Property, and Order of No Administration" and to prohibit the probate court from proceeding with a hearing on the merits of relator's no administration application or real party in interest's probate application.

On August 17, 2021, relator filed an unopposed motion for voluntary dismissal. Relator requests that her petition for writ of mandamus be dismissed without prejudice.

We **GRANT** relator's unopposed motion for voluntary dismissal and **ORDER** relator's petition for writ of mandamus **DISMISSED** without prejudice.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Zimmerer.